No. 315. Ex parte Moscoso.—Solicitud para que se apruebe la fianza notarial prestada por la National Surety Company a nombre del peticionario. Resuelto en enero 13, 1913. Aprobada la fianza. El peticionario compareció en nombre propio.

———

No. 53.—Ex parte Picornell.—Solicitud para que se apruebe la fianza notarial prestada por la National Surety Company a nombre del peticionario. Resuelto en enero 13, 1913. Aprobada la fianza. El peticionario compareció en nombre propio.

———

No. 270. Ex parte Alegría.—Solicitud para que se apruebe la fianza notarial prestada por la National Surety Company a nombre del peticionario. Resuelto en enero 13, 1913. Aprobada la fianza. El peticionario compareció en nombre propio.

———

No. 299. Ex parte Rodríguez.—Solicitud para que se apruebe la fianza notarial prestada por la National Surety Company a nombre del peticionario. Resuelto en enero 13, 1913. Aprobada la fianza. El peticionario compareció en nombre propio.

———

No. 183. Ex parte Marín.—Solicitud para que se apruebe la fianza notarial prestada por la National Surety Company a nombre del peticionario. Resuelto en enero 13, 1913. Aprobada la fianza. El peticionario compareció en nombre propio.